IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ZACHARY S. HOGUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV-04-BE-0657-E |
| WERNER CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Memorandum Opinion**

The case is presently before the court on the Defendant's motion for summary judgment (doc. 13) and the Report and Recommendation (doc. 19) filed February 1, 2006.  The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation.  No objections were filed.  The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 19) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the Motion for Summary Judgment (doc. 13) is due to be **GRANTED,** and the Plaintiff's claims are due to be **DISMISSED**.  An appropriate order will be entered.

**DONE** this 21st day of February, 2006.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE